UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          Criminal Case No. 06-20272
                                            Honorable Patrick J. Duggan

DEVIN NEAL EXNICIOUS,

      Defendant.
_____/

## OPINION AND ORDER DENYING AS MOOT DEFENDANT'S MOTION PURSUANT TO 41 C.F.R. § 128-50.101

This matter is presently before the Court on Defendant Devin Neal Exnicious' Motion Pursuant to 41 C.F.R. § 128-50.101, filed August 26, 2013. In his motion, Exnicious seeks an inventory of seized property. At this Court's request, the Government filed a response to the motion on September 26, 2013.

### Background

On May 12, 2006, Exnicious was arrested for possession with intent to distribute 373 pounds of marijuana seized from the compartment of a tractor-trailer that he was operating. Exnicious subsequently was charged in an Indictment with conspiracy to possess with intent to distribute marijuana in violation of 21 U.S.C. § 846 (Count One), and possession with intent to distribute marijuana in violation of 21 U.S.C. § 841(a) (Count Two). On October 16, 2007, Exnicious pleaded

guilty to Count One of the Indictment pursuant to a plea agreement with the Government. This Court sentenced Exnicious to a prison term of 120 months on February 1, 2008.

## Discussion and Analysis

In his pending motion, Exnicious requests an inventory of the tractor and trailer from which the marijuana was seized: (1) One White 379 Peterbuilt Tractor (Year 2000), California License Plate #UP58432; and (2) One White Stoughton Trailer, California License Plate #4GN2344, displaying the number "55149" written in red letters on the rear cargo door and on the exterior front wall of the Trailer. Exnicious relies on 41 C.F.R. § 128-50.101 for his request.

Section 128-50.101 provides for certain inventory records to be kept with respect to personal property seized by the Government. Specifically, the regulation requires record of:

> (a) The date the property was seized is recorded;
> (b) All of the property associated with a case is recorded together under the case name and number;
> (c) The location of storage of the property is recorded;
> (d) A well documented chain of custody is kept; and
> (e) All information in the inventory records is accurate and current.

41 C.F.R. § 128-50.101. The documents attached to the Government's response brief provides this information.

Accordingly,

**IT IS ORDERED**, that Defendant's Motion Pursuant to 41 C.F.R. § 128-50.101 is **DENIED AS MOOT**.

Dated: October 15, 2013            s/PATRICK J. DUGGAN
                                   UNITED STATES DISTRICT JUDGE

Copies to:
Devin N. Exnicious
#28104-044
FCI Englewood
9595 W. Quincy Avenue
Littleton, CO   80123

AUSA Elizabeth A. Stafford